**Corporate**
**_Management_**
*inc.*

Post Office Box 3010
La Mesa, CA 91944-3010

Bankruptcy Trustee
Receiver
Fiduciary
Assignee

619 668 4500  telephone
619 668 9014  facsimile

```
Case # : 02-09721-CLRE
Debtor.: COMMERCIAL MONEY CENTER INC.
Judge..: CHRISTOPHER LATHAM
Trustee: RICHARD KIPPERMAN
Chapter: RE
-----------------------------------
Filed  : August 03, 2015  12:38:27
Deputy : LISA CRUZ
Receipt: 227467
Amount : $7,164.94
-----------------------------------
RELIEF ORDERED
Clerk, U.S. Bankruptcy Court
Southern District Of California
```

# TRANSMITTAL COVERSHEET

☐ VIA FAX   ☐ VIA OVERNIGHT   ☒ VIA US MAIL   ☐ HAND DELIVERY

JULY 28, 2015

| | | | |
|---|---|---|---|
| **TO:** | Ron Arth | **FROM:** | Becky Winn/Richard Kipperman |
| **FIRM:** | U.S. Bankruptcy Court | **PAGES:** | |
| **FAX:** | | **PHONE:** | |
| **RE:** | Commercial Money Center, Inc., Case No. 02-09721 | | |
| **ENCL:** | Check #21141 – U.S. Registry – for unclaimed dividends (details attached) | | |

● **COMMENTS:**

☐ Urgent, Please Call Upon Receipt     ☐ Per Your Request

☐ Please Review                        ☐ Please Reply

☐ For Your Information and Files       ☐ For Your Action

☐ Other:

*This facsimile is for the exclusive use of the addressee and contains confidential, privileged and non-disclosable information. If the recipient of this message is not the addressee, or a person responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this facsimile in any way. If you have received this facsimile by mistake, please call us immediately and destroy the facsimile message.*

09721 ntz  2pg

Details for remittance to the U.S. Registry - Unclaimed Dividends

Commercial Money Center, Inc., Case No. 02-09721
U.S. Registry - Check No. 21141 - $7,164.94:

Robert Cochrane
3111 S. Valley View, #A-209
Las Vegas, NV 89102
Ck # 21047 - $1,428.94

Silverberg Law Office
1030 New Britain Ave.
W. Hartford, CT 06110-2261
Ck # 21053 - $5,640.71

Lakeland Bank
c/o Sheppard Mullin Richter & Hampton, LLP
501 W. Broadway, Ste. 1900
San Diego, CA 92101-3598
Ck # 21129 - $62.39

American Motorists Ins. Co.
c/o Russell Bogue
DLA Piper USA
One Atlantic Center
1201 W. Peachtree St., Ste. 2800
Atlanta, GA 30309-3450
Ck #21131 - $32.90